BARD-PARKER CO., INC., Respondent, v. N. S. LOW & CO., INC., Appellant, Impleaded with Others.— Motion for stay granted on condition that appellant perfect the appeal for the first Monday of November (November 7, 1927) (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty and Seeger, JJ.; Carswell, J., taking no part.

DANIEL FRIEDHEIM, Respondent, v. JOSEPH DINOWITZ, Appellant.— The parties having stipulated in writing that this motion may be decided by a court of four justices, the decision is as follows: Motion to stay order appointing receiver during the pendency of the appeal from said order granted to the extent of staying the receiver from making sales of the property other than are required in the ordinary conduct of the business, and as to the provision requiring defendant to assign his right, title and interest in the copartnership property. Present — Lazansky, P. J., Young, Hagarty and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. FURRER, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SILVERBERG, Appellant.— Motion to enlarge time to argue appeal granted on condition that appellant perfect the appeal for the first Monday in November (November 7, 1927), for which day the case is set down and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

GEORGE S. ABELL, Respondent, v. THE CORNWALL INDUSTRIAL CORPORATION, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Monday, November 7, 1927, to be argued when reached. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

WALSTON H. BROWN, Individually and as Trustee for the Several Stockholders of THE CALIFORNIA COMPANY, Plaintiff. EVA R. I. BROWN, as Committee of the Person and Estate of WALSTON H. BROWN, Appellant, v. WILLIAM L. KANN and Others, Respondents.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment affirmed, with costs. No opinion. Kapper, Lazansky and Hagarty, JJ., concur; Young, J., dissents, being of opinion that the fact that the property was subjected to regulation as a public utility does not constitute an incumbrance.